IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00204-BNB

MAURICE D. LEWIS,

    Plaintiff,

v.

CARECORE NATIONAL LLC,

    Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 18, 2011, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00204-BNB

Maurice Lewis
6566 Noble St
Colorado Springs, CO 80915

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 18, 2011.

                                GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk