FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 - 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00204-PAB

MAURICE D. LEWIS,

      Plaintiff,

v.

CARE CORE NATIONAL LLC,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

      This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

      ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

      DATED February 28, 2011.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00204-PAB-KLM

Maurice Lewis
6566 Noble St.
Colorado Springs, CO 80915

US Marshal Service
Service Clerk
Service forms for: Care Core National, LLC

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Care Core National, LLC.: AMENDED COMPLAINT FILED 02/08/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on March 02, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk