IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00204-RBJ-KLM

MAURICE LEWIS,

    Plaintiff,

v.

CARECORE NATIONAL LLC,

    Defendant.

## ORDER ADOPTING AND AFFIRMING MAY 30, 2012 RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the May 30, 2012 Recommendation by Magistrate Judge Kristen L. Mix that defendant's motion for summary judgment [#55] be GRANTED. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation [#62]. Despite this advisement, no objections to Magistrate Judge Mix's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court has reviewed all the relevant pleadings concerning the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge, Doc. # 62, is AFFIRMED and ADOPTED. It is further ORDERED that defendant's Motion for Summary Judgment, Doc. #55 is GRANTED.

DATED this 24th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge